

FILED

09/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0474

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### DA-21-0474

ROGER L. ROWE,

    Petitioner and Appellant,

v.

MARI E. ROWE,

    Respondent and Appellee.

FILED

SEP 13 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER FOR EXTENSION
OF TIME**

Upon review of the Petitioner and Appellant's Motion for Extension of Time, noting that opposing counsel has no objection and good cause found therein,

IT IS HEREBY ORDERED that the Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that the Appellant shall prepare, file, and serve the opening brief on appeal no later than the 3rd day of October 2022.

Dated this 13th day of September, 2022.

_____
Chief Justice